■ MARY K. FARINHOLT, Respondent, v BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.—Order, Supreme Court, New York County, entered on December 8, 1978, unanimously affirmed, without costs and without disbursements. Appeal from the order of said court entered on April 10, 1979, dismissed, without costs and without disbursements, as said order is nonappealable. No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Markewich, JJ.